UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DETRICE GARMON, | ) | Case No. CV 10-6609-SJO (PJW) |
| Plaintiff, | )<br>)<br>) | JUDGMENT |
| v. | ) | |
| COUNTY OF LOS ANGELES, et al., | )<br>) | |
| Defendants. | ) | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the claims against Defendants Michele Hanisee, Steve Cooley, and the County of Los Angeles be dismissed with prejudice.

    IT IS FURTHER ADJUDGED that the claims against Defendant Kaiser Permanente be dismissed without prejudice.

December 14, 2011

DATED: _____.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE