# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-6609-SJO (PJWx) | Date | December 29, 2017 |
| Title | *Detrice Garmon v. County of Los Angeles, et al.* | | |

Present: The Honorable  Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| N/A | N/A |

**Proceedings:** Order to Show Cause

      On December 5, 2017, the Court issued an order requiring Plaintiff's former counsel, James T. Imperiale, to provide Plaintiff with her case file no later than December 22, 2017, and file a notice with the Court confirming that he has done so. The Court warned Mr. Imperiale that failure to do so would result in the Court issuing an order to show cause. (Doc. No. 113.) As of the date of this minute order, the Court has not received any notice from Mr. Imperiale.

      James T. Imperiale is ordered to appear in person before the Court on January 10, 2018 at 2:00 p.m. and show cause as to why he should not be held in contempt of court for failing to comply with the Court's order requiring him to provide Plaintiff with her case file and file a notice with the Court confirming that he has done so.

cc: All parties and counsel

James T. Imperiale
Imperiale Law Group
131 West Fir Street
San Diego, CA 92101

_____ : 00

Initials of Preparer  im

S:\PJW\Cases-X\GARMON 6066\MO_ Order to Show Cause.wpd