FILED
CLERK, U.S. DISTRICT COURT
February 27, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DETRICE GARMON,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY DISTRICT ATTORNEY; STEVE COOLEY, individually and in his official capacity; AND DEPUTY DA MICHELE HANISEE, individually and in her official capacity; KAISER PERMANENTE; and DOES 1 through 100, inclusive, ,<br><br>    Defendants. | Case No. CV 10-6609 SJO (PJW)<br><br>**JUDGMENT ON DEFENDANT MICHELE HANISEE'S MOTION FOR SUMMARY JUDGMENT**<br><br>[*Assigned to the Honorable Judge S. James Otero; Magistrate Judge Patrick J. Walsh for all purposes*]<br><br>Complaint Filed:  Oct. 29, 2010<br>PTC:                 March 5, 2018<br>Trial Date:       March 20, 2018 |

      The Court issued its written Order on February 20, 2018 [Dkt. Doc. 169], and after fully considering the Motion of defendant Michele Hanisee for Summary

---
1
JUDGMENT ON DEFENDANT MICHELE HANISEE'S MOTION FOR SUMMARY JUDGMENT

Judgment or in the alternative summary adjudication in the instant action, including the moving, opposition and reply papers and argument of counsel, and having been fully advised, the decision was made that the instant Motion should be granted,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Defendant is entitled to summary judgment on the claim of a violation of her right to privacy;

2. The action shall be dismissed on the merits in its entirety;

3. Plaintiff cannot establish the right to punitive damages;

4. There being no just cause for delay, the Clerk is ordered to enter this judgment forthwith.

**IT IS SO ORDERED.**

DATED: February 27, 2018

*S. James Otero*
_____
HON. S. JAMES OTERO
United States District Judge