JS-6

FILED
CLERK, U.S. DISTRICT COURT
February 27, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DETRICE GARMON<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY DISTRICT ATTORNEY, STEVE COOLEY, individually and in his office capacity, Deputy DA MICHELE HANISEE, individually and in her office capacity, KAISER PERMANENTE, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 10-cv-06609-SJO (PJWx)<br><br>**JUDGMENT FOR DEFENDANT SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP**<br><br>Judge S. James Otero<br>Courtroom 10C<br><br>Complaint Filed: October 29, 2010<br>2AC Filed: January 19, 2017<br>Trial Date: March 20, 2018 |

The Court, on February 20, 2018, issued its written Order (ECF 169, Under Seal) granting the motion for summary judgment of defendant SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP ("SCPMG"). As stated in that

---

1

JUDGMENT IN FAVOR OF DEFENDANT SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP

Order, the Court considered supporting and opposing papers. For the reasons stated in the Order, the Court granted Summary Judgment in favor of SCPMG.

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Plaintiff DETRICE GARMON shall take nothing against defendant SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP;

2. The action shall be dismissed on the merits in its entirety;

3. Defendant SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP shall recover its costs from plaintiff DETRICE GARMON in an amount to be determined by application to the Clerk; and

4. There being no just cause for delay, the Clerk is ordered to enter this judgment forthwith.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: February 27, 2018

_S. James Otero_
_____
HON. S. JAMES OTERO
United States District Judge